IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| EDUARDO FRIAS AYALA | § | CIVIL ACTION NO._____ |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | |
| | § | |
| | § | |
| COASTAL ALASKA PREMIER | § | JUDGE |
| SEAFOODS, LLC, C/P NORTHERN | § | |
| HAWK LLC, COASTAL VILLAGES | § | |
| POLLOCK LLC and COASTAL | § | |
| VILLAGES REGION FUND | § | |
| | § | |
| *Defendant*. | § | |

## PLAINTIFF'S COMPLAINT

NOW INTO COURT, through undersigned counsel, comes EDUARDO FRIAS AYALA an adult domiciled in Baycliff, Texas, who with respect avers as follows:

**I.**

Plaintiff brings this action pursuant to 46 U.S.C. §30104 of the Merchant Marine Act, also known as the Jones Act, and the statutes supplemental and amendatory thereto, and the General Maritime Law of the United States, seeking damages related to injuries sustained in a marine incident that occurred in the Bering Sea off the coast of Alaska on July 26, 2022 (at times, simply "incident"). The exact location of The Northern Hawk at the time of the incident is contained within the Incident Report, however, Plaintiff does not have a copy of the Incident Report. The exact location of The Northern Hawk at the time of the incident will be supplemented.

**II.**

The injuries sustained in this event were caused in whole or in part by a sub-standard fishing vessel known as The Northern Hawk (US Coastal Guard No. 643771-60795, MMSI No. 36606200, Call Sign KUCE) whose Home Port, upon information and belief, was Dutch Harbor Alaska and owned by Defendant, Coastal Alaska Premier Seafoods, LLC. At the time of the incident Jim Egaas was the Captain of The Northern Hawk. Plaintiff asserts herein the laws of the State of Alaska, whether as part of the General Maritime Law or standing alone.

**III.**

Defendant Coastal Alaska Premier Seafoods, LLC is a Limited Liability Company and may be served by serving its registered agent for service, Michelle Drew, 711 H ST STE 200, Anchorage, AK 99501, or wherever she may be found.

Defendant, C/P Northern Hawk LLC is a Limited Liability Company and may be served by serving its registered agent for service, Michelle Drew, 711 H ST STE 200, Anchorage, AK 99501, or wherever she may be found.

Defendant, Coastal Villages Pollock LLC is a Limited Liability Company and may be served by serving its registered agent for service, Michelle Drew, 711 H ST STE 200, Anchorage, AK 99501, or wherever she may be found.

Defendant, Coastal Villages Region Fund is a non-profit corporation and may be served by serving its registered agent for service, Michelle Drew, 711 H ST STE 200, Anchorage, AK 99501, or wherever she may be found.

There are multiple other "coastal villages" entities identified through the Alaska Secretary of State, all of which are in good standing and list Michelle Drew as the agent for service and all of them have the same address of 711 H ST STE 200 and STE 201, Anchorage, AK 99501.

## IV.

## **MISNOMER/ALTER EGO**

In the event any parties are misnamed or are not included herein, it is Plaintiff's contention that such was "misidentification", "misnomer" and/or such parties are/were "alter egos" of parties named herein. Alternatively, Plaintiff contends that such "corporate veils" should be pierced to hold such parties properly included in the interest of justice. In the event any parties are misnamed or are not included herein, it is Plaintiff's contention that such was "misidentification", "misnomer" and/or such parties are/were "alter egos" of parties named herein. Alternatively, Plaintiff contends that such "corporate veils" should be pierced to hold such parties properly included in the interest of justice.

## V.

Upon information and belief, The Northern Hawk was owned by Coastal Alaska Premier Seafoods, LLC and was being operated by Captain Jim Egaas at the time of the incident on July 26, 2022

## VI.

Jurisdiction and venue are proper as the incident occurred in the navigable waters along the Alaska coast. At the time of the incident Plaintiff was aboard The Northern Hawk, US Coast Guard Registration Number 643771-60795, and was coming down a ladder carrying a 10 gallon container of water. Defendants' failure to use and/or maintain non-skid surfaces on the ladder and/or to implement and/or maintain other fall prevention methodologies commonly used aboard other similar vessels and which are common in the industry caused Plaintiff to slip and fall resulting in severe injuries to Plaintiff's back and body in general which has required surgery. The ladder was slippery and it is believed that in addition to the failure to properly implement and

maintain certain fall prevention policies and procedures, Defendant(s) allowed for a mixture of sugar and water to accumulate on the ladder which should not have been there causing the vessel to be unseaworthy thus causing Plaintiff to fall. Plaintiff invokes the Court's supplemental jurisdiction under 28 U.S.C. § 1327 for any state law claims against any of the Defendants named in this suit who upon information and belief is/are/were the owner(s) of The Northern Hawk.

## VII.

Plaintiff was assigned to The Northern Hawk as a member of the crew and worked aboard the vessel as a processor and fisherman for pollock, furthering the mission of the vessel by harvesting pollock. In addition, the "factory" ship produces a variety of products including fillets, roe, fishmeal, and oil.

## VIII.

On or about July 26, 2022, The Northern Hawk was being captained by Jim Egaas and was at sea when Plaintiff was severely injured.

## IX.

As a result of Plaintiff slipping on the ladder, Plaintiff sustained serious injuries including, but not limited. to his back and body in general.

## X.

Defendant, Coastal Alaska Premier Seafoods, LLC, as owner of The Northern Hawk, as well as other Defendants, are liable to Plaintiff for the injuries described above due to their negligence in the following respects:

a) Failing to properly train the captain and crew of the vessel;

b) Failing to maintain a seaworthy vessel; and

c) Any and all other acts of negligence that will be shown at the trial of this matter.

## XI.

Defendant, Coastal Alaska Premier Seafoods, LLC, owner of The Northern Hawk (as well as other Defendants) has/have/had direct control over captains and crew who operate their vessels, regardless of the legal labels it attaches. Defendants are liable to Plaintiff under General Maritime Law for the incident and resulting injuries described above due to the unseaworthiness and/or failure to properly maintain The Northern Hawk who upon information and belief is owned, operated and/or controlled by Defendant, Coastal Alaska Premier Seafoods, LLC.. in one or more of the following respects.

## XII.

Defendants are liable to Plaintiff under the laws of Alaska or General Maritime Law for the incident and resulting injuries to Plaintiff described above as a result of failing to maintain a seaworthy vessel at the time of the incident.

## XIII.

Upon information and belief, Defendants are liable to Plaintiff for the following damages:

a) Past, present and future medical expenses;

b) Past, present and future physical pain and suffering;

c) Past, present, and future medical and emotional pain and suffering;

d) Disability/Loss of enjoyment of life;

e) Lost wages and loss of earning capacity; and

f) Any other damages recoverable under appliable laws.

## PRAYER

WHEREFORE, Plaintiff, Eduardo Frias Ayala, prays that after all legal proceedings and due delays are had that there be a judgment in favor of Plaintiff, and against Defendant(s) as

owner(s) of The Northern Hawk for damages in a just and adequate sum, for all allowable court costs and expenses, judicial interest until paid, and for all other general and equitable relief allowed by law and this Court.

RESPECTFULLY SUBMITTED,

**WILLIAM DILLS LAW, PLLC**

*/s/ William Dills*

William Dills
TX Bar No. 24067421
800 Sawyer Street
Houston, Texas 77007
Telephone: (713) 244-5286
Facsimile:  (713) 244-6094

**ATTORNEY FOR PLAINTIFF**