| | | |
|---|---|---|
| EDUARDO FRIAS AYALA | § | CIVIL ACTION NO. 3:25-cv-00161 |
| *Plaintiff*, | § § § | |
| vs. | § § § § | |
| COASTAL ALASKA PREMIER SEAFOODS, LLC, ET AL | § § | JUDGE SHARON L. GLEASON |
| *Defendant*. | § | |

### EDUARDO FRIAS AYALA'S NOTICE OF NONSUIT WITHOUT PREJUDICE AS TO COASTAL ALASKA PREMIER SEAFOODS, LLC, C/P NORTHERN HAWK LLC, COASTAL VILLAGES POLLOCK LLC AND COASTAL VILLAGES REGION FUND

COMES NOW, Plaintiff Eduardo Frias Ayala, and gives notice to this Court and to all parties that he hereby nonsuits all of his claims against Defendants Coastal Alaska Premier Seafoods, LLC, C/P Northern Hawk LLC, Coastal Villages Pollock LLC, and Coastal Villages Region Fund without prejudice, effective immediately upon the filing of this notice.

All unpaid costs of this suit shall be taxed against the party incurring same.

Respectfully submitted,

*/s/ William Dills*

**William "Billy" Dills**
State Bar No. 24067421
wdills@williamdillslaw.com
**WILLIAM DILLS LAW, PLLC**
800 Sawyer Street
Houston, TX 77007
Telephone: 713-244-5286
Facsimile: 713-244-6094
**ATTORNEY FOR PLAINTIFF
EDUARDO FRIAS AYALA**